JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR JOSUE RAMOS, individually and on behalf of all those similarly situated, | Case No. 2:25-cv-07748-AB 9Ex) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| IEC CORPORATION D/B/A UEI COLLEGE, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 21, 2025        _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1